**Order entered April 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00014-CV

**BURLINGTON RESOURCES OIL & GAS COMPANY LP, Appellant**

**V.**

**VERDE MINERALS, LLC, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13916**

## ORDER

We **GRANT** appellee Verde Minerals, LLC's April 24, 2015 unopposed motion for an extension of time to file a brief. Appellee Verde Minerals, LLC shall file a brief by **JUNE 5, 2015**. No further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE